434 F.2d 1063
 Dewey L. COBB, Petitioner-Appellant,
v.
Charles J. HUGHES, Warden, Federal Correctional Institution,
Seagoville, Texas, Respondent-Appellee.
 No. 29479 Summary Calendar.*
*Rule 18, 5th Cir. See Isbell Enterprises, Inc.
v.
Citizens Casualty Co. of New York et al., 5th Cir. 1970, 431
 
 F.2d 409, Part I.
 United States Court of Appeals, Fifth Circuit.
 Oct. 27, 1970.
 Dewey L. Cobb, pro se.
 Eldon B. Mahon, U.S. Atty., Charles D. Cabaniss, Asst. U.S. Atty., Dallas, Tex., for respondent-appellant.
 Appeal from United States District Court, N.D. Texas, at Dallas. James L. Noel, Jr., District Judge.
 Before GEWIN, GOLDBERG and DYER, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966